**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Cheryl L. Prewette,<br><br><br>                    Plaintiff,<br><br>          -v-<br><br>JANSSEN RESEARCH & DEVELOPMENT f/k/a JOHNSON & JOHNSON RESEARCH & DEVELOPMENT LLC, ORTHO-MCNEIL PHARMACEUTICAL LLC, JANSSEN PHARMACEUTICALS INC f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL LLC f/k/a/ JANSSEN PHARMACEUTICA INC, TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D INC f/k/a TEVA GLOBAL RESPIRATORY RESEARCH LLC f/k/a IVAX RESEARCH LLC f/k/a IVAX RESEARCH INC f/k/a IVAX LABORATORIES INC f/k/a BAKER NORTON PHARMACEUTICALS INC, and JOHNSON & JOHNSON<br><br>                    Defendants. | Case No. 2:22-cv-01198 |

<u>**JOINT STIPULATION OF DISMISSAL**</u>

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Cheryl L. Prewette, together with Defendants, by and through their respective counsel of record, that the claims of Plaintiff, Cheryl L. Prewette be dismissed with prejudice and that Plaintiff be dismissed as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

 Date: January 1, 2024

*Attorneys for Plaintiff*

*Attorney for Defendants*
*Janssen Pharmaceuticals,*
*Inc. and Johnson & Johnson*

s/Stacy K. Hauer
Timothy J. Becker MN #256663
Stacy K. Hauer MN #317093
JOHNSON BECKER
444 Cedar Street, Suite 1800
St. Paul, MN 55101
tbecker@johnsonbecker.com
shauer@johnsonbecker.com

s/ Michael C. Zogby
Michael C. Zogby
Barnes & Thornburg, LLP
67 East Park Place. Suite 1000
Morristown, NJ 07960
973-775-6110
Michael.Zogby@btlaw.com

Kristen R. Fournier
King & Spalding
1185 Avenue of the Americas,
35th Floor
New York, New York 10036
kfournier@kslaw.com

## CERTIFICATE OF SERVICE

I, Michael C. Zogby, hereby certify that January 1, 2024, I filed a copy of the foregoing document via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is available for viewing and downloading from that system.

/s/ Michael C. Zogby

It is so ordered this 3rd day of ____, 20__

Brian R. Martinotti, U.S.D.J.